UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re: Eric Libby and
      Mary Libby

Case No.: DG 10-03630
Chapter: 13

Debtor(s).
_____/

## PROOF OF SERVICE

**Documents served:** Chapter 13 Plan

**Persons served (with addresses):** Beneficial Michigan, 2929 Walden Ave., Depew, NY 14043-2602

**( ) A matrix of creditors served is attached.**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed above at their respective addresses by regular first-class mail, postage pre-paid, by placing the envelopes in the mail on the date indicated below.

Date of Service: 14 May 2010

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/ Meridith Knoll
Meridith Knoll, Assistant to
Roger G. Cotner, Attorney for Debtor(s)
COTNER LAW OFFICE
220 Franklin Avenue
P.O. Box 838
Grand Haven, MI 49417
616-846-7153
cotner@chartermi.net